RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for CONRAD FELLOWS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CONRAD FELLOWS,<br><br>　　　　　　Defendant. | Case No:  3:24-cr-00016-MMD-CLB<br>Case No:  3:24-cr-00017-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING<br>(FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for CONRAD FELLOWS and United States Attorney JASON M. FRIERSON, Assistant United States Attorney PENELOPE BRADY, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for August 22, 2024, at 11:00 AM, be vacated and continued to August 28, 2024, at 11:30 AM.

　　　This Stipulation is entered into for the following reasons:

1. 　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is currently detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 20th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Allie Wilson*<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for CONRAD FELLOWS | By /s/ *Penelope Brady*<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for August 22, 2024, at 11:00 AM, be vacated and continued to August 28, 2024, at 11:30 AM.

DATED this 20th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE